(81 South. 355)

HUMPHREYS v. STATE. (6 Div. 450.)

(Court of Appeals of Alabama. March 18, 1919.)

Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

Proceeding between Wile Humphreys and the State. From a determination in favor of the State, Humphreys appeals. Bill of exceptions stricken, and case affirmed.

H. L. Smith, of Tuscaloosa, for appellant.
Emmett S. Thigpen, Atty. Gen., for the State.

BROWN, P. J. Bill of exceptions stricken, and case affirmed on the authority of Charles Rowe v. State, ante, p. 18, 81 South. 354.

Affirmed.